# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2019

## NO. 03-18-00362-CV

**Elizabeth Hernandez, Appellant**

**v.**

**Leonardo Moya II, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on March 2, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for a new trial. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.